NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

————————————————

**DONALD W. ANDREWS, JR.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

————————————————

2013-5113

————————————————

Appeal from the United States Court of Federal Claims in No. 12-CV-0856, Chief Judge Emily C. Hewitt.

————————————————

**ON MOTION**

————————————————

PER CURIAM.

**O R D E R**

Donald W. Andrews, Jr. moves for sanctions against the United States.  The United States opposes.  Andrews also submits a supplemental brief, which the court construes as his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

ANDREWS v. US                                                    2

(1)  The motion for sanctions is denied.

(2)  Andrews' "supplemental" brief is accepted for filling as his reply brief.

(3)  All other pending motions are denied.

FOR THE COURT

<u>/s/  Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk

s26